IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | ) | In proceedings under chapter 7 |
| | ) | |
| Terra Catherine Clendenny, | ) | No. 14-31434 |
| Debtor. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| United Consumer Financial Service, | ) | |
| Creditor. | ) | |

## MOTION FOR REDEMPTION UNDER 11 USC 722

COMES NOW the Debtor by and through her attorney, The Law Offices of Shari L. Murphy, LLC, and moves this Court pursuant to 11 U.S.C. 722 and Bankruptcy Rule 6008 for a Redemption Order on the following grounds:

1.  The item to be redeemed is tangible personal property intended primarily for personal, family or household use and is more particularly described as follows:

    Kirby Vacuum Cleaner

2.  The interest of the Debtor in such property is exempt or has been abandoned by the estate and the debt (which is secured by said property to the extent of the allowed secured claim of the Creditor) is a dischargeable consumer debt.

3.  The allowed secured claim of said Creditor for purposes of redemption, the "redemption value," should be determined to be not more than $20.00.

4.  Arrangements have been made by the Debtor to pay to the said Creditor up to the aforesaid amount in a lump sum should this motion be granted.

WHEREFORE, the Debtor requests this Court to order the said creditor to accept from the Debtor the lump sum payment of the redemption value within 30 days of the order granting this

motion, and release their lien of record. In the event the said Creditor objects to this motion, the Debtor requests the Court to determine the value of the property as of the time of the hearing on such objection.

/s/ Terra Catherine Clendenny

By: /s/ Shari L. Murphy
The Law Offices of Shari L. Murphy, LLC
Shari L. Murphy,  #6279670
PO Box 136
Wood River, IL 62095
(618) 797-8888 office
(618) 576-6239 fax

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | ) | In proceedings under chapter 7 |
| | ) | |
| Terra Catherine Clendenny, | ) | No. 14-31434 |
| Debtor. | ) | |
| | ) | |

NOTICE OF ELECTRONIC FILING AND CERTIFICATE OF SERVICE BY MAIL

On September 18, 2014 the undersigned electronically filed with the Clerk of the U.S. Bankruptcy Court the Motion For Redemption under 11 USC 722.

The Debtor served electronically the Motion For Redemption under 11 USC 722 to the U.S. Trustee, U.S. Bankruptcy Court, and Chapter 7 Trustee, Debtor and the following parties by mail:

United Consumer Financial Service #6509
c/o Bass & Associates
3936 E Fort Lowell Rd, Ste 200
Tucson, AZ   85712-1083

by depositing a true copy of same, enclosed in a postage paid properly addressed envelope, in an Wood River City branch, official depository under the exclusive care and custody of the United States Postal Service, within the State of Illinois.

　　/s/ Shari L. Murphy